UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07
```

CONOPCO, INC. doing business as UNILEVER,

            Plaintiff,

-against-

DINA WEIN, et al.,

            Defendants,

05 Civ. 9899 (RJH)

**ORDER**

    Having reviewed counsels' correspondence relating to defendants' request for a settlement conference, the Court will defer ruling on such request until Judge Katz has decided the Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's Motion to Amend the First Amended Complaint.

SO ORDERED.

Dated: New York, New York
       August 9, 2007

                                                 Richard J. Holwell
                                                 United States District Judge